UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEWART NEIL MAYER,<br><br>                              Debtor, | Case No.: 20-CV-1376 TWR (JLB)<br>Bankruptcy Case No. 17-05922-LA7<br>Adv. Proc. No. 18-90015-LA |
| ROBERT J. HARRINGTON,<br><br>                              Appellant,<br>v.<br>STEWART NEIL MAYER,<br><br>                              Appellee. | **ORDER GRANTING JOINT MOTION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE PENDING APPEAL**<br><br>(ECF No. 12) |

Presently before the Court is the Parties' Joint Motion to Hold Adversary Proceeding in Abeyance Pending Appeal ("Joint Mot.," ECF No. 12). Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, the adversary proceeding that is pending in the Bankruptcy Court as *Robert J. Harrington v. Stewart Neil Mayer*, Adversary No. 18-90015-LA (Bankr. S.D. Cal.) (the "Adversary Proceeding"), is **HELD IN ABEYANCE** until final resolution of the last of: (1) the Notice of Appeal filed in the core proceeding, captioned *In re Stewart Neil Mayer*, No. 17-05922-LA7 (Bankr. S.D. Cal.) (the "Core Proceeding") (Core ECF No. 315); (2) Robert J. Harrington's Motion for Leave to

1

1  Appeal filed in the Core Proceeding (Core ECF No. 330); (3) Plaintiff's Motion for Leave
2  to Appeal (Adv. ECF No. 131) and the Amended Notice of Appeal (Adv. ECF No. 136)
3  filed in the Adversary Proceeding; or (4) any appeal permitted pursuant to either or both
4  motions, at which point the abeyance **SHALL AUTOMATICALLY TERMINATE**.
5        **IT IS SO ORDERED.**

7  Dated:  November 4, 2020

                                        Honorable Todd W. Robinson
                                        United States District Court

2

20-CV-1376 TWR (JLB)
Bankruptcy Case No. 17-05922-LA7
Adv. Proc. No. 18-90015-LA